

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00179-CR

JOEMAR JACKSON                                                    APPELLANT

V.

THE STATE OF TEXAS                                                     STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant Joemar Jackson attempts to appeal from the denial of his pro se motion for use of the trial record on a loan basis. On May 24, 2011, we notified Jackson of our concern that this court lacks jurisdiction over this appeal, and we informed him that unless he or any party desiring to continue the appeal files with the court, on or before June 3, 2011, a response showing grounds for continuing the appeal, the appeal would be dismissed for want of jurisdiction. *See* Tex. R.

---

[1]*See* Tex. R. App. P. 47.4.

App. P. 44.3.  We have received no response.  Accordingly, we dismiss the appeal for want of jurisdiction.  *See* Tex. R. App. P. 43.2(f); *Self v. State*, 122 S.W.3d 294, 294–95 (Tex. App.—Eastland 2003, no pet.) (dismissing appeal for want of jurisdiction where trial court denied appellant's request for free copy of trial court's records to prosecute post-conviction writ of habeas corpus); *Crear v. State*, No. 14-05-00222-CR, 2005 WL 914123, at *1 (Tex. App.—Houston [14th Dist.] Apr. 21, 2005, no pet.) (mem. op., not designated for publication) (dismissing for want of jurisdiction appeal of denial of pro se motion to obtain records and request for loan of trial records).

PER CURIAM

PANEL:  MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 28, 2011